**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DEBORAH VANHORN,**

    **Plaintiff,**

**vs.**                                                                            Case No.: 8:18-cv-00937-CEH-JSS

**CENTENE MANAGEMENT COMPANY, LLC,
SUNSHINE STATE HEALTH PLAN, INC., AND
SUNSHINE HEALTH,**

    **Defendants.**

_____/

## JOINT STIPULATION FOR ENTRY OF RULE 502(d) ORDER

The Parties, by and through their undersigned counsel, hereby stipulate to entry of the Federal Rule of Evidence 502(d) Order attached as Exhibit "1."

Date:  June 4, 2018

| | |
|---|---|
| */s/ Donna DeConna, Esq.* | */s/ Gail Golman Holtzman, Esq.* |
| **Donna DeConna, Esq.** | **Gail Golman Holtzman, Esq.** |
| Florida Bar No.: 914411 | Florida Bar No.: 0562068 |
| **A Bales Professional Association** | **Monica Williams Harris, Esq**. |
| 625 E. Twiggs St., Suite 100 | Florida Bar No.: 566780 |
| Tampa, FL 33602 | **Jackson Lewis, P.C.** |
| T: 813-224-9100 | 100 S. Ashley Dr., Ste. 2200 |
| F: 813-224-9109 | Tampa, FL 33602 |
| Service Emails: | Telephone:     (813) 512-3210 |
| ddeconna@johnbales.com | Facsimile:      (813) 512-3211 |
| Team-EmploymentLaw@johnbales.com | Service Emails: |
| twhigham@johnbales.com[1] | Gail.Holtzman@jacksonlewis.com |
| | Monica.Harris@jacksonlewis.com |
| *Pro Se Plaintiff* | Nicole.Villa@jacksonlewis.com |
| | Denise.Dawson@jacksonlewis.com |
| | Sarah.Burdon@jacksonlewis.com |
| | Tampadocketing@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |

---

[1] Attorney Thomas Edmonson Whigham, Jr. is shown on the Federal Court docket as an attorney to be noticed on behalf of Plaintiff.