UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Deborah VanHorn

    Plaintiff,

vs.                                           Case No. 8:18-CV-937-T-36JSS

Centene Management Company, LLC,
Sunshine State Health Plan, Inc.
and Sunshine Health

    Defendant.
_____/

## NOTICE OF SCHEDULED MEDIATION

Pursuant to the Case Management and Scheduling Order (document #18), entered on June 12, 2018, Plaintiff Deborah VanHorn files this Notice of Scheduled Mediation to occur as follows:

    DATE:           DECEMBER 3, 2018

    TIME:           9 a.m. – 5 p.m.

    MEDIATOR:    MARK A. HANLEY

    LOCATION:     100 NORTH TAMPA STREET, SUITE 2200
                            TAMPA, FLORIDA 33602

                                        Respectfully Submitted,

                                        JOHN BALES ATTORNEYS

                                        Donna L. DeConna
                                        Florida Bar No. 914411
                                        A Bales Professional Association
                                        625 E. Twiggs St., Suite 100
                                        Tampa, FL 33602
                                        Telephone: (813) 224-9100

                                           Facsimile:  (813) 224-9109
                                           Service Email:  Team-EmploymentLaw@JohnBales.com

## CERTIFICATE OF SERVICE

I certify that on Tuesday, June 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to: Gail Golman Holtzman, Esq., gail.holtzman@jacksonlewis.com and Monica William harris, Esq., monica.harris@jacksonlewis.com.

                                           JOHN BALES ATTORNEYS

                                           _/s/ Donna L. DeConna_____
                                           Donna L. DeConna

cc: MARK A. HANLEY[By Email:dmills@bradley.com]